# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-1984

———————————————

CHARLES PEARCE,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————

Amended Petition Alleging Ineffective Assistance of Appellate Counsel—Original Jurisdiction.

October 16, 2018

PER CURIAM.

The amended petition alleging ineffective assistance of appellate counsel is denied on the merits.

ROWE, OSTERHAUS, and KELSEY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Charles Pearce, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.